```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 00228
   CHARLES E MORROW
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3752

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/10/2006 and was confirmed 03/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/24/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
LASALLE BANK              CURRENT MORTG   15934.98            .00         15934.98
LASALLE BANK              MORTGAGE ARRE   20715.48            .00          1793.62
ZENOFF & ZENOFF CHARTERE  NOTICE ONLY    NOT FILED            .00              .00
LASALLE BANK              CURRENT MORTG    5478.47            .00          5478.47
LASALLE BANK              MORTGAGE ARRE    6401.56            .00           548.03
TIMOTHY K LIOU            DEBTOR ATTY     1,759.20                         1,759.20
TOM VAUGHN                TRUSTEE                                          1,515.70
DEBTOR REFUND             REFUND                                              50.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                27,080.00

PRIORITY                                             .00
SECURED                                        23,755.10
UNSECURED                                            .00
ADMINISTRATIVE                                  1,759.20
TRUSTEE COMPENSATION                            1,515.70
DEBTOR REFUND                                      50.00
                       --------------        --------------
TOTALS                 27,080.00                27,080.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 00228 CHARLES E MORROW

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE